# Court of Appeals
# of the State of Georgia

ATLANTA, April 22, 2022

*The Court of Appeals hereby passes the following order:*

**A22E0045. AKASH DIXIT v. TANYA SINGH.**

Upon consideration of Akash Dixit's emergency motion pursuant to Court of Appeals Rule 40 (b), it is ordered that the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 04/22/2022*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*